January 17, 2011

The Honorable Judge Richard F. Cebull

    I would like to open this personal statement by expressing that I am solely responsible for my fraudulent prescriptions and addiction. I resorted to breaking the law to feed a horrible addiction. I feel that the DEA and the Federal Prosecutor have done a thorough and professional job as they investigated and researched this case. The fact that I successfully embraced my 90 days of treatment and thoroughly became engaged in my recovery program placed a difficult scenario in front of Jessica Fehr. She was faced with prosecuting an individual that was demonstrating solid recovery. I feel that my case is a demonstration of how well the American legal system works. Even though I took all the steps to personally address my addiction, I still need to face the ramifications of breaking the law. I respect the entire legal team and their decisions. Facing this sentence has played a positive role in my sobriety. But it has also reminded me every day that laws are not overlooked just because someone is suffering an addiction. Rehabilitation at Betty Ford was a privilege not a punishment. I now place myself in front of the court to fully accept whatever sentence you deem appropriate.

    I would like to outline the evolution of my addiction, detail my consequences, and discuss my goals in the remainder of this letter.

MY ADDICTION:

    My addiction became active over a two year period. The first few months were characterized by sporadic oral opiate use. This progressed to a very severe opiate addiction over the last five months of active addiction. During the last five months of addiction, my goal in life was to prevent withdrawal.

    I clearly remember using opiates inappropriately for the first time. I had a bottle of percocet sitting in our medicine cabinet. I was angry and hurt over one of my many arguments with my wife. Knowing I would obsess over it all night, I took two of them to go to bed. My inner turmoil faded away and I was hooked. I am only expressing what I was thinking at the time. My wife, my anger, and my hurt are not justifiable reasons for crossing the line to take the percocet that night. The only responsible factor was my wrongful decision.

    I have always had a view of how a family unit should exist. I wanted so deeply for my wife to participate with the family. The problem all along was me. I was controlling, demanding, and would not deviate from my family goal. Argument after argument after argument ensued. I soon felt like a complete failure. All the professional success in the world did not matter. I wanted to be a happy goal oriented family. I felt that if I worked harder and debated with my wife better, I could convince this person to see things my way. Divorce was not an option. Therefore, as opiates numbed my emotions, I perceived that things initially were better. Once this deceitful perception creeped into my head, my addiction soon spiraled out of control. In no way is my wife responsible for any of my behavior. During this time, I did not address any of my shortcomings. Furthermore, at treatment, I had ample time to realize that the only person I can change is myself. All along, my wife was only trying to get some personal space from a judgmental and demanding tyrant.

MY CONSEQUENCES:

I realize I have lost the deep trust that I previously earned from my father. In addition, my oldest son has been crushed. His confidence in his hero has been squashed. I left for treatment on my sons sixteenth birthday and appeared on court to make my plea on my father's birthday. My hope that I can earn my families trust back will only be taken away with my last breath. Years of action will be the only way to heal these wounds. My mother has bravely fought breast cancer over the past three years. I was not as mentally present for her as I should have been. This is time lost that will never return. For this I still harbor deep guilt.

There are numerous financial consequences as well as the significant struggle that has occurred administratively just to stay at work. None of this compares to the hardship that I have place upon my family. Realizing that I am the responsible party for this hardship is the biggest consequence of all.

MY GOALS:

My primary goal is to maintain my connection with God. With this, my sobriety is maintained. As a sober husband, father, son and physician, my struggles and success are quite manageable. Without sobriety, it all falls apart.

Practically speaking, my recovery program includes significant oversight. I check in with the diversion board every day between 6:00am and noon for the next five years. I take forensic drug screening tests that are randomized on average two times a week. I complete 5 recovery meetings a week and attend rehab counseling meetings once a week. The attendance of all meetings is verified. I am in 100 percent compliance with my recovery program. My goal is to make this program a lifestyle.

With sobriety in place, healing can continue within my family. I am more in touch with my patients and provide compassionate care at a level that I am very proud of. My goal is to continue healing and to continue my growth as a sober physician.

Respectfully,

*[signature]*
Cory Pickens

Dear Judge Cebull,

My name is Susan Pickens and I am Cory's wife. When I married Cory 16 years ago, I married a young man, full of life, fun-loving, trustworthy, and dedicated to those around him. Upon having our eldest son, Mercer, I admired in Cory his passionate love and commitment as a father. As a medical student and resident, Cory devoted himself to giving his valuable free time to nurturing our three children. I was blessed to have such a partner to raise our children and our children were blessed to have such a committed dad.

Being married has presented its challenges, but none greater than that of Cory's addiction. Without a doubt, the past 14 months have been the most trying time for our marriage. At the same time, however, Cory and I have been given the biggest opportunity for growth.

Roughly a year prior to Cory's treatment at the Betty Ford Center in November of 2009, I had lost the man I had married. Addiction had created in Cory a man that I could barely recognize. He had lost his joy for life and our marriage was void of love. I will be forever grateful for the 3 months that Cory spent at the Betty Ford Center. Although I cannot know the depth of Cory's experience in treatment, I do know that he returned a changed man – and an even better man than the one I married. Cory has been given a second chance on life and our children have been given their dad back.

I am a believer in Jesus Christ and in the loving redemption He has for Cory. I am grateful for the strengthened relationship that Cory is experiencing with Christ through his sobriety and recovery. I know without a doubt that Jesus is working in Cory's life. I also know that by His grace, our marriage has survived and that we are stronger now than ever before.

Our future is definitely full of uncertainty, but I know that God brings everything to work together for the good of those who love Him. It is my hope that everyone who hears our story will see in us God's grace, love, and mercy and will be encouraged that addiction can be overcome and that families can remain strong.

Thank you for your time, Judge Cebull.

Sincerely,

*Susan Pickens*

Susan Pickens

January 12, 2011

Dear Honorable Judge Richard F. Cebull:

We are Cory Pickens parents. We are both retired. Linda was a Spanish teacher at Senior High for 28 years and. I was office manager of HDR Engineering. I worked my way through college doing construction work and after graduating from college, my wife and I were married and we lived in Chile, South America for three years where I worked for Anaconda Copper Company. When I returned to the United States, I became the office manager for HDR Engineering until my retirement in 2004.

Cory was raised in a strong family unit. My wife and I were very involved in our two children's lives. Cory was taught at an early age to put his faith into practice and do good deeds. He is a compassionate person. His two best friends in Rose Park grade school were severely hearing impaired. Cory jumped to their defense when they were teased on the playground. The three boys spent many hours together at our home.

Cory attended Sunday school and church regularly and after three years of confirmation study at Good Shepherd Lutheran, he was confirmed. Today Cory attends church regularly and he has a strong faith. During Cory's addiction he strayed away from his faith and he began to drift away from church. Since he has returned from treatment, he has embraced his faith again. His faith has been a genuine part of his recovery program and consequently made him much stronger.

Throughout his high school years, Cory was always a conscientious student. We never had to question whether he had accepted his responsibility to do his homework or prepare for exams. He was steadfast and always set high goals and standards for himself. He balanced his time between his sports and activities and his studies well. His summers were spent mowing lawns and cleaning the office of SSR Engineers. He also worked at his grandfather's ranch in Wolf Point helping with harvest and brandings and helping to paint his grandparent's home. Cory spent many hours fishing and hunting with me. As a family we took numerous camping trips together. Now our family has grown with our three grandchildren and the entire family frequently go fishing, backpacking and camping.

Cory is a good parent. He is involved in his children's studies and sports. Previous to Cory's treatment, we observed that there were times when there was a high level of stress in the family's activities. Cory and Susan had different beliefs with respect to parental responsibilities. We have observed that they now accept each other for who they are and they have made many improvements in respect to raising their children together. The vast majority of Cory's free time is spent with his children outdoors.

When Linda was diagnosed with cancer, Cory spent many hours with her giving her courage, and support during her chemo treatments. He was continually calling his mother to cheer her on and check on her progress. However, toward the end of Linda's chemo, Cory's behavior was changing. Although he would visit her, he was emotionally detached. Today he is still trying to work through his guilt of not giving her his full emotional support.

Cory works very hard and is very conscientious. We have been told by many of his patients how caring and kind he is toward them. Recently, Cory's cousin had a severe debilitating stroke while he was working in Colorado. Justin would not have been able to receive his rehabilitation in Billings because his family could not afford the medical transport form Denver to Billings. Although Cory was reintegrating himself at work, he pleaded for time to fly down to help Justin return to Billings St. Vincent Hospital Trauma Center. He is a great source of comfort to Justin and his parents.

As parents we volunteered in many community activities. I coached several of Cory's baseball and football teams and we were actively involved in a wrestling club. We believe Cory felt he should also participate in his three children's activities the same way. After long hours at the hospital, he coached his children's soccer, football and wrestling teams. His life was too busy and he needed to make adjustments.

We all live in a busy world and our lives are so full. Cory is changing. He is learning to no longer take on too much. He and his wife are doing a better job of pulling the work load at home together. He has found a better balance in his life. He is getting more exercise and he now makes rest a high priority. His family is the center of his life and he is coaching some of his children's sports but he recognizes that he has to slow down his pace and have down time to relax. We believe this transformation has been good for his entire family. We see our son healthy again. We hope that by sharing our views you will understand some of Cory's background. We believe Cory has strong moral principles and that now he is working very diligently to regain his life.

Sincerely,

Francis Lee and Linda Pickens



MONTANA
PROFESSIONAL
ASSISTANCE
PROGRAM

David G. Healow, MD
*Medical Director*

Michael J. Ramirez, MS, CRC
*Clinical Coordinator*

Mellani Reese
*Administrative Assistant*

**Board of Directors**

Brian Priest, MD

Earl Book, MD

Ron Hull, MD

Randy Spear, PA-C

Nancy J. Sweeney, MD

Budge Givler, DDS

Kristi Benfit

Bill Nesbit

Montana Professional
Assistance Program,
Inc.

3333 Second Ave. N.
Suite 200
Billings, MT 59101

406/245-4300
Fax: 406/245-4432

January 6, 2011

The Honorable Richard F. Cebull
Chief United States District Court Judge
Billings, Montana 59101

RE:   Cory Pickens, M.D.

Your Honor:

I have been asked to provide a character reference on behalf of Cory Pickens.

I serve as Clinical Coordinator for the Montana Professional Assistance Program, Inc., which is the designated rehabilitation provider for licensed physicians in the State of Montana. MPAP serves at the pleasure of the Montana Board of Medical Examiners, and functions under state statutes and rules to fulfill our twofold mission of protecting the public and creating a forum for the rehabilitation of affected practitioners under auspices of the Medical Board. I have served in this capacity for fifteen years, during which I have been directly involved in facilitating the evaluation, treatment and monitoring of approximately four hundred or so physicians. Our overall rate of successful rehabilitation is a robust 87.2 percent. The success of the program is the result of rigorous standards for treatment and long-term follow-up. For those who have been unable or unwilling to adhere to our rigorous standards, I have assisted the Medical Board in prosecuting recalcitrant participants.

Cory Pickens has been a participant in good standing in the MPAP since he self-referred on 11/2/2009 following his arrest for illegally obtaining controlled substances and diverting for his own use. From initial contact, he has followed my directions diligently with respect to clinical diagnostic evaluation, extended residential treatment, and continuing care. He has demonstrated a commitment to recovery principles including willingness, honesty, and humility that support a favorable prognosis for sustained remission.

Cory has done all that has been asked of him by this office with respect to rehabilitation and reintegration. My impression is that he has not tried to diminish his responsibility for the behaviors which led to the current criminal charges. He has been compliant with monitoring, and he appears to demonstrate an internal locus of control with respect to this continued recovery.

A core principle in the physician health field is that physicians with addiction problems who have been adequately treating and properly monitored represent a tremendous asset to the community in which they serve. More often than not, a

physician in recovery becomes a more effective healer. They listen more attentively to their patients, are frequently more compassionate about the privilege of serving as a physician, make better colleagues, and work diligently to regain the trust of others. They also are better family members. My considered opinion is that Cory is on the path to becoming such a physician.

The tremendous opportunity for good that remains in this young man's future, provided that he continues the recovery work that he has demonstrated over the last year, is substantial. In this case, the utility of supervised and closely monitored probation far outweighs the deterrence of incarceration. Cory Pickens remains a valuable asset to his community and his profession.

Please consider the forgoing in your sentencing decision. Thank you very much.

Respectfully yours,

Michael J. Ramirez, M.S., CRC
Clinical Coordinator



1925 Central Ave., Billings, MT 59102  Telephone 406-656-8280  Fax 406-656-9105
www.bestrealty-billings.com

January 4, 2011

RE: Cory Pickens

Honorable Richard F. Cebull

Chief United States District Judge

This letter is a letter of character regarding Cory Pickens.

My name is James L. Pickens, and have been a business man in Billings since graduating from Montana State University in 1965; first as a practicing Consulting Engineer, and for the past 25 years as a Real Estate Broker and Developer.

I have known Cory since he was a child. His father and I are first cousins, but are more like brothers, and Cory and his family consider me as their uncle. Cory has always been a hard working, devoted, family man, who outside of the mistakes he made, always has put his family first in life. He spent many years of his life preparing his career which has allowed him to serve others, and I believe that it would be of no service to society for him to be incarcerated. He fully acknowledges his mistakes and is truly remorseful, and I am convinced that nothing like he has done will ever occur again.

Cory demonstrated great courage in voluntarily committing himself for treatment, which is an indication of his willingness to accept responsibility for his actions. His family has suffered a great deal, both emotionally and financially, and incarceration would only add to their angst.

Thank you for your consideration,

Sincerely,

*[signature: James L. Pickens]*







**PICKENS FAMILY DENTAL CARE**

WORKING FOR FAMILIES FOR BETTER HEALTH

April 29, 2010

Dear, Ms. Fehr and Mr. Woodward,

    I am writing this letter in support of Cory Pickens and his efforts in recovery and in dealing with his legal issues with the Drug Enforcement Agency.

    I am Cory's 12 Step sponsor as well as his cousin. I am a practicing dentist and have been clean and sober since June 21, 1985. I have been active in Alcoholics Anonymous, was a founding board member of the Montana Professional Assistance Program and served four years as a consultant to the American Dental Association on the Dentist Wellbeing Committee. I have sponsored many people in recovery and helped countless alcoholics and addicts to return to a life of usefulness in this community.

    Through all this time I have rarely seen a person who wants to be clean and sober as much as Cory does. He has faced many difficult challenges and situations which might have caused even the most staunch members of the recovery community to seek relief in alcohol or substance abuse. He has done all that has been asked of him and more whether it be in his recovery, his efforts to return to work, his monitoring through MPAP, and in his family and community life. He has continually demonstrated his willingness to go to any lengths to recover from his addiction. He is clearly committed to recovery in every way possible.

    I simply ask that you consider these facts as you decide which actions to take in regard to his DEA licensure and any charges . I know he has done all that has been asked of him in recovery and by his monitoring through MPAP (deversion).

    If you have any questions of me, please feel free to contact me. My office phone is 406-256-2121 and my cell phone is 406-698-5790.

In Best Regard,

*Andrew W Pickens*

Andy Pickens D.D.S.



**ANESTHESIA PARTNERS**
OF MONTANA

Charles L. Aragon, M.D.
645 O'Malley Drive
Billings, Montana 59102

T 406 245 5616
jenaragon@bresnan.net

January 10, 2011

Richard F. Cebull
Chief United States District Judge

Dear Judge Cebull;

This is a letter of character regarding Corey L. Pickens, M.D.

My name is Charles Aragon, M.D. I am a practicing Anesthesiologist at St Vincent Hospital in Billings, Montana. I have served as past Chair of the Anesthesia dept., Chief of medical staff, and past chair of the Board of directors of St Vincent healthcare. I have practiced in this community since 1993. I have know Dr. Pickens since he worked as an operating assistant on his summer breaks while attending college from 1994-1995

I have been fortunate enough to see Dr. Pickens reach his life long goal of attending medical school at the University of Washington, then return to serve his community as an Anesthesiologist. Dr. Pickens was hired in 2004 by Anesthesia Partners of Montana, of which I am a principle member. I have known Dr. Pickens to be a very compassionate, caring physician. He has been an outstanding clinician and partner with a strong work ethic. He is a team player and has a strong sense of community. Dr. Pickens has also been able to balance his work with his family values. I have known Corey to be a loving husband and father. He enjoys an admirable relationship with his own father, and they are in fact, best of friends. I have been impressed with how Corey has maintained a strong tie to his Montana roots. He comes from a long line of Montana natives and is a shining example of "the local boy well."

I am aware of the difficulties that Dr. Pickens is facing. He has spoken to me as well as the entire medical staff very candidly about his recent legal and

personal problems. He has acknowledged his addiction and consequent actions that landed him in the predicament he now finds himself. At no time, have I ever heard Cory take anything but full responsibility for his actions. He is very remorseful, and has taken the steps to rehabilitate himself and has seen to safeguards being in place to assure his full recovery. Dr. Pickens is doing an excellent job, and is an inspiration to me as I've watched the humility and courage with which he has faced his problems.

Dr. Pickens faces a felony conviction that will make it impossible for him to continue working as a physician at St. Vincent hospital. Dr. Pickens has so much more good to do for this community. It is my hope that you will consider this in your sentencing.

Sincerely yours,

Charles L. Aragon, M.D.

Anesthesia Partners of Montana



# THE RESPIRATORY CENTER

FREDERICK W. KAHN, M.D., F.C.C.P.
JAMES O. McMEEKIN, M.D., F.C.C.P.
RORY RAMSEY, M.D.

January 13, 2011

Honorable Judge Richard F. Cebull

RE:   CORY PICKENS

Dear Judge Cebull:

I thank you in advance for reading this letter which I am sending in support of Dr. Cory Pickens.

I've had the pleasure to practice in Billings at St. Vincent Healthcare for the past 25 years with a practice heavily involved in hospital medicine including in the Intensive Care Unit. It has been my pleasure to work alongside Dr. Pickens during his tenure in our institution. Over the last two years I have been a board member at St. Vincent Healthcare and in that capacity had a chance to become knowledgeable with the details regarding Dr. Pickens medical staff and personal issues.

Briefly, Dr. Pickens has been a distinguished provider of our medical staff. He provides thorough, competent, and compassionate care to his patients and I have had the opportunity to see this firsthand. There are many times where I will call upon Dr. Pickens to provide assistance with patients in the Intensive Care Unit and he is always thorough, calm, and very caring in his medical care.

Dr. Pickens readily acknowledges that he has made mistakes in his personal life. At no time did I ever witness any defects in patient care and I have always found him to be a true medical professional.

I realize this is a very difficult decision and I thank you for this opportunity to participate in Dr. Pickens legal matter.

Sincerely,

FREDERICK W. KAHN, M.D.

From the Desk of
## Debra G. Jones, MD

December 27, 2010

To the Honorable Judge Richard F. Cebull,
Chief United States District Judge,

    I am Dr. Debra Jones, an anesthesiologist in Billings, MT. I have been the President of Anesthesia Partners of Montana, PC (APMT) for the past two years. Dr. Cory Pickens is a partner in APMT, and I am writing in support of him. I have known Cory for approximately five years. In that time, I have come to appreciate the extraordinary nature of this young man. As you are aware, he comes before the court charged with felony offenses related to narcotics. While I definitely understand the serious nature of his transgressions, I also see an amazing citizen who I hope will have the opportunity to share his talents with the medical community for many years to come.

    When Dr. Pickens joined APMT in 2004, physicians of all ages, as well as hospital staff welcomed him enthusiastically. He grew up in Billings and had known many of these people for much of his young life. Unfortunately, a narcotic addiction interrupted his career. Although I did not know him well before he joined APMT, I have been in close contact with Cory on a daily basis since his return from rehabilitation at The Betty Ford Center in February, 2009. Cory is completely dedicated to maintaining his sobriety. He is fully engaged with the Montana Professional Assistance Program (MPAP), and works hard to participate in all of the programs offered through MPAP. I have been most amazed and impressed by Dr. Pickens' open honesty and humility related to his past problems. He takes full responsibility for his decisions and has never tried to shift blame to anyone or any situation.

    Cory returned to work as an anesthesiologist in the operating room at St. Vincent Healthcare (SVH) in April, 2009 with a humble grace that cannot be described. He was more interested in making sure that everyone around him was comfortable with his presence than protecting his own pride. He has maintained that attitude throughout, in addition to giving excellent anesthetic care to every patient he meets. He has had the full support of his partners in APMT, as well as the surgeons in our community. On December 3, 2010, Dr. Michael Copeland, a neurosurgeon at SVH, wrote a letter to me in support of Dr. Pickens. In it he writes, "I want to state unequivocally how much faith I have in Dr. Pickens. His performance...has been exemplary. He is extremely attentive to detail throughout the case....both preoperatively and postoperatively....and our communication has been superb." Dr. Copeland acknowledges that he only knew Dr.

From the Desk of
## Debra G. Jones, MD

Pickens "as an acquaintance before his hiatus," but has gotten to know him better since his return. Thus, it is not only those who knew and loved Cory before his addiction came to light that support him now. Even in his recovery, he continues to engender support, due in large part to his hard work and honesty. He is a dedicated physician who stays current in his knowledge and provides state of the art care for his patients.

Cory is well known as a dedicated father and husband. He is very involved with his children's activities, enjoys close relationships with his parents and siblings as well. I have been honored to work with him professionally as anesthesiology colleagues, and to support him in his recovery work. I have learned so much from Cory over this past year and look forward to working with him for many years to come. I can only hope to be half the person he has become. I would ask you to consider the lightest possible sentence for Dr. Pickens so that he may continue his valuable contributions to the medical community and to provide necessary support for his family.

Respectfully submitted,

*[signature]*
Dr. Debra Jones

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

CHRISTOPHER RICCARDI
PARTNER
(212) 574-1535
riccardi@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

1200 G STREET, N.W.
WASHINGTON, D.C. 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

January 5, 2011

The Honorable Richard F. Cebull, Esq.
Chief United States District Judge

Dear Judge Cebull:

    I write this letter as a letter of character regarding Cory Pickens.

    My name is Christopher Riccardi, and I am a partner in the New York law firm of Seward & Kissel LLP. I have known Cory and his family for over 20 years. We met during cadet basic training at the United States Military Academy at West Point. Cory and I were in the same squad. We became friends from the day we met. My family lives very close to West Point and Cory became like a brother to me, and a son to my parents. Since Cory is from Montana and my family lived within 15 miles of West Point, my family became his family away from home. Eventually Cory's parents and sister visited Cory at West Point, and we brought our extended families together. Today our families remain very close. We frequently vacation together with our extended families. My father is very close with Cory's father, and our children are around the same age and are also good friends.

    Cory is and has always been an industrious, hardworking, family man. He is also very active in his community, whether in Montana through his church or youth sports programs where he coaches, or in Alaska, where he travels frequently to hunt and fish but also to be involved with environmental and conservation initiatives.

    Cory has always had a passion for wrestling. He transitioned from wrestling at West Point for four years to volunteering as a youth coach after college. While in medical school and residency, the little free time he had available was dedicated to coaching his son on his wrestling team. Upon moving back to Montana, he became involved in a broad spectrum of coaching for his local community. As a result, I believe that he has had an enormous positive influence on the many young children he has coached and mentored over the years.

    I am aware of Cory's guilty plea and the events that led to it. I truly believe that Cory has suffered mightily for his actions. He has lost credibility in his community, both professionally and personally, and among his family and friends. He has caused substantial hardship to his family, including his mother who suffered through a bout of breast cancer while Cory was going through his troubles. His actions caused his family to suffer a substantial financial burden

January 5, 2011
The Honorable Richard F. Cebull, Esq.
Page 2

between his legal costs, lost work time, and rehabilitation stay. I believe that if he receives any type of sentence that prevents him from continuing his work as a doctor, it would be devastating not only to Cory, but also to the community that he serves, and his immediate family. In addition, Cory has always felt that it was his job to take care of his parents as they age. This whole ordeal has put Cory's ability to care for his aging parents at risk.

I do not condone Cory's behavior, and neither does Cory. I believe Cory understands the mistakes he made and would never repeat them again. He is deeply humiliated and ashamed of his behavior, but thanks to his relationship with God, his family and friends, Cory is trying to get his life back together and keep it together.

Thank you for your time and consideration.

Sincerely,

Christopher Riccardi