**VICTORIA L. FRANCIS**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 3rd Avenue North, Suite 400
Billings, MT 59101
Phone: (406) 247-4633
FAX: (406) 657-6989
E-mail: Victoria.Francis@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**CORY L. PICKENS,**<br><br>Defendant. | CR 10-96-BLG-RFC<br><br>**SATISFACTION OF MONETARY JUDGMENT** |

The monetary judgment in the above-entitled case having been paid,

the Clerk of the United States District Court for the District of Montana is

1

hereby authorized and empowered to satisfy and cancel the judgment of record as to the monetary judgment of record imposed by this Court.

DATED this 27th day of April, 2011.

                                MICHAEL W. COTTER
                                United States Attorney

                                /s/ Victoria L. Francis
                                VICTORIA L. FRANCIS
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on April 27, 2011, the United States Attorney's Office served copies of the attached document by e-mail or first class mail, postage prepaid, as follows:

Addressee(s):

Vern Woodward
Attorney at Law
P.O. Box 1657
Billings, MT  59103-1657

Cory Pickens
Billings, MT  59101

/s/ Victoria L. Francis
Victoria L. Francis
Assistant U.S. Attorney
Attorney for Plaintiff